

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00056-CR

Amanda **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9848
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Counsel's motion for extension of time for Amanda Medina, pro se, to file her brief is granted in part. We order Medina must file a motion for access to the appellate record by August 15, 2019. We order the pro se brief due September 16, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court